ELIZABETH G. SUTLIAN (281099)
Elizabeths@mandarichlaw.com
MANDARICH LAW GROUP LLP
6301 OWENSMOUTH AVENUE – SUITE 850
WOODLAND HILLS, CA 91367
PHONE: (877) 414-0130 EXT. 3352
FAX: (818) 888-1260

*Attorney for Defendants*
MANDARICH LAW GROUP, LLP and
CACH, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROWN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CACH, LLC, a limited liability company; and MANDARICH LAW GROUP, LLP., a limited liability partnership; and DOES1 through 10, inclusive,, <br><br> Defendants. | CASE NO. 1:14-cv-01305-SAB <br><br> **ORDER RE STIPULATION FOR EXTENSION OF TIME TO ANSWER OR PLEAD TO COMPLAINT** |

Having considered the Stipulation to Extend Time to Answer or Plead to Complaint pursuant to Local Rule 144, filed by Defendants,

IT IS HEREBY ORDERED that the Stipulation to Extend Time to Answer or Plead to Complaint pursuant to Local Rule 144 is granted and Defendants shall answer or otherwise plead to the Complaint by October 16, 2014.

-2-

IT IS SO ORDERED.

Dated:  **September 19, 2014**

_____
UNITED STATES MAGISTRATE JUDGE