# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROWN, | Case No.  1:14-cv-01305---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | Thirty-Day Deadline |
| CACH, LLC, et al., | |
| Defendants. | |

On November 25, 2014, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED; and

2.    The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **December 1, 2014**

UNITED STATES MAGISTRATE JUDGE

1