# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON BROWN, | Case No. 1:14-cv-01305-LJO-SAB |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS OR SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS |
| CACH, LLC, et al., | |
| Defendants. | |
| | FOURTEEN DAY DEADLINE |

Plaintiff filed this action on August 19, 2014. (ECF No. 1.) On November 25, 2014, Plaintiff filed a notice that this action had been settled in its entirety. (ECF No. 6.) On December 1, 2014, an order issued ordering the parties to file dispositional documents within thirty days. (ECF No. 8.) More than thirty days have passed and dispositional documents have not been filed nor has Plaintiff otherwise responded to the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintifff shall either

    a. File dispositional documents within **fourteen (14) days** of the date of entry of this order; or

    b. Show cause why dispositive documents have not yet been filed.

2. **Plaintiff is forewarned that the failure to show cause may result in the**

1

1  **imposition of sanctions, including the dismissal of this action for failure to**
2  **prosecute.**

IT IS SO ORDERED.

Dated:   **January 8, 2015**

UNITED STATES MAGISTRATE JUDGE