# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROWN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CACH, LLC, a limited liability company; et al.<br><br>　　　　Defendants. | Case No.:  1:14-cv-01305-SAB<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION** |

　　Good cause appearing and based on the parties' stipulation for dismissal, the above-captioned action is dismissed in its entirety with prejudice.

　　The Clerk of Court is directed to CLOSE THIS CASE.

　　IT IS SO ORDERED.

**SO ORDERED**
**Dated: January 22, 2015**

　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　**United States District Judge**